UNITED·STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| FRANK HUDSON WEST, | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | No. 5: l4-cv-35 |
| J.P. NOONAN TRANSPORTATION, INC., | ) | |
| TERRY CHAMBERLAIN, ROBERT DUPUIS | ) | |
| and J. PETER NOONAN, | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties, by and through their respective attorneys, and pursuant to

F.R.C.P. 41(a)(1)(A)(ii), stipulate to dismissal of this litigation with prejudice, with each party to

bear its own fees and costs.

CLEARY SHAHI & AICHER, P.C.

By: Joel P. Iannuzzi, Esq.            Dated:  12-15-14
Attorneys for Plaintiff

PAUL FRANK+ COLLINS, P.C.

By: Kerin E. Stackpole, Esq.          Dated:  1/8/15
Attorneys for Defendants